**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

FAST BOOTS, LLC,

    Plaintiff,                                       Case No.: 3:17-cv-1077-TJC-PDB

vs.

CLUB AT CHARTER POINT REALTY, LLC,

    Defendant.
_____/

**MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO AMENDED COMPLAINT**

Defendant, CLUB AT CHARTER POINT REALTY, LLC ("Defendant") hereby files this Motion for Extension of Time to Respond to the Amended Complaint, and states as follows:

1. Defendant filed the Original Complaint on September 26, 2017. (D.E. 1).

2. Defendant was served with the Original Complaint on November 14, 2017. (D.E. 4). The Original Complaint was 111 pages including exhibits.

3. Plaintiff filed an Amended Complaint on November 29, 2017. (D.E. 5).

4. Plaintiff served the Amended Complaint on November 30, 2017. (D.E. 7). The Amended Complaint is 135 pages including exhibits.

5. Since the filing of the lawsuit, the parties have engaged in significant settlement discussions in an effort to resolve this matter without court intervention. To that end, the parties have agreed to close on the disputed property within 7 days of the Defendant obtaining lender approval of Plaintiff's purchase of the property from Defendant, and Plaintiff's assumption of Defendant's loan on the property. *See* Exhibit A.

6. The parties' agreement also provides for closing to occur no later than January 23,

2018, after which time the agreement will be null and void.  *See* Exhibit A.

7. Defendant therefore respectfully requests until January 23, 2018 to file its response to the Amended Complaint.

8. Defendant seeks this relief in good faith and no prejudice would occur by granting the relief requested in this motion.

WHEREFORE, Defendant Club at Charter Point Realty, LLC respectfully requests that this Court enter an order providing Defendant until January 23, 2018 to respond to the Amended Complaint, and granting any other relief the Court deems just and proper.

**Middle District of Florida Local Rule 3.01(g) Certification**

Counsel for Defendant conferred with counsel for Plaintiff regarding the relief requested in this motion and is authorized to state that Plaintiff does not consent to the relief requested herein.

> */s/ David M. Wells*
> David M. Wells, Esquire
> Florida Bar No.:  0309291
> dwells@gunster.com
> Lauren V. Purdy, Esquire
> Florida Bar No.:  93943
> lpurdy@gunster.com
> GUNSTER YOAKLEY & STEWART, P.A.
> 225 Water St., Suite 1750
> Jacksonville, FL 32202
> Telephone:    904-354-1980
> Facsimile:    904-354-2170
>
> *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 4th day of January, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Joseph P. Jones, Esq.
David L. Gay, Esq.
Berger Singerman, LLP
313 N. Monroe Street, Suite 301
Tallahassee, FL 32301

*Attorneys for Plaintiff*

                                                             /s/ *David Wells*
                                                                David M. Wells

JAX_ACTIVE 3932572.1