Reference is hereby made to that agreement dated May 15, 2017, entered into by and between [Club at Charter Point Realty LLC and Fast Boots, LLC] [Caroline Square Realty, LLC and Triangle River, LLC], and any amendments or addendums thereto ("Purchase Agreement"). The parties, while reserving all rights not explicitly waived herein, agree as follows:

1. Nothing in this agreement shall be construed as a novation of any prior agreement and is not intended to waive or admit any prior default of any agreement.

2. Buyer and Seller hereby agree to close on the property within seven (7) days of Seller obtaining Lender's approval of (i) Buyer's purchase of the Property from Seller, and (ii) Buyer's assumption of Seller's loan in favor of Fannie Mae. The approval shall be under the same terms and shall not require any additional cost, financial burden, or deposits from Buyer than those of the Approval Letters dated August 29, 2017.

3. The Closing shall be upon the terms and condition in the Purchase Agreement.

4. If there is no Closing by January 23, 2018, for any reason, then this agreement shall be null and void, and shall be used for no other purpose.

5. Without waiving any rights (other than the right to require simultaneous Closings under the Purchase Agreements) Buyer and Seller hereby agree to bifurcate the Closing dates under the respective Purchase Agreements.

Job de Ojeda
Manager

Shulamit Prager
Manager